AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SECURITIES AND EXCHANGE  )
COMMISSION              )
      Plaintiff(s)   )   **APPEARANCE**
                          )
                          )
         vs.   )   CASE NUMBER   06-cv-02160-RCL
FRIEDMAN, BILLINGS, RAMSEY & CO.,  )
et al.                  )
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Amy J. Greer__ as counsel in this
                          (Attorney's Name)

case for: __Plaintiff, U.S. Securities and Exchange Commission__
               (Name of party or parties)

| | |
|---|---|
| 12/22/2006 | /s/ Amy J. Greer |
| Date | Signature |
| | Amy J. Greer |
| GOVERNMENT ATTORNEY | Print Name |
| BAR IDENTIFICATION | 701 Market St., Suite 2000 |
| | Address |
| | Philadelphia, PA        19106 |
| | City        State        Zip Code |
| | (215) 597-3100 |
| | Phone Number |